**Okaw Hunting and Fishing Club, an Illinois Not-For-Profit Organization, Plaintiff-Appellant, v. Thomas Craig and Clarence Brickey, Defendants-Appellees.**

**Gen. No. 69–14. (Abstract of Decision.)**

Fifth District.

May 27, 1970.

Russell H. Classen, of Belleville, for appellant; Turner, Holder & Ackerman, of Belleville, for appellees. Opinion by JUSTICE EBERSPACHER. **Not to be published in full.**